# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

————————————————

No. 26-cv-03707 (RER)

————————————————

EDILSON LEONEL CENTENO ROCHEZ

VERSUS

KENNETH GENALO, MARKWAYNE MULLIN,
AND TODD BLANCHE

————————————————

**MEMORANDUM & ORDER**

————————————————

The petition for writ of habeas corpus (ECF No.1) is granted, written decision to follow. Petitioner, Edilson Leonel Centeno Rochez (Alien Number 242-319-593), is to be released no later than **5:00 P.M on July 2, 2026**. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on July 6, 2026.** Petitioner is ordered to remain within the jurisdiction of either the Eastern District of New York or Southern District of New York, except with permission of the Court.

SO ORDERED.

<u>/s/ Ramón E. Reyes, Jr.</u>

RAMÓN E. REYES, JR.
United States District Judge

Dated: July 2, 2026
         Brooklyn, New York